UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20381-CR-JORDAN/KLEIN

18 U.S.C. § 371

UNITED STATES OF AMERICA

v.

MANUEL HERNANDEZ,

              Defendant.      /

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The federal Food, Drug, and Cosmetic Act (FDCA), as amended, Title 21, United States Code, Section 301 et seq., was in effect.

2. The Food & Drug Administration (FDA), an agency within the United States Department of Health and Human Services, was entrusted by federal law to enforce provisions of the FDCA and its implementing regulations throughout the United States. It was thus the agency responsible for regulating, among other activities, commerce in prescription medical devices within the United States, because of the potentiality for harmful effect if used other than under the supervision of a practitioner licensed by law.

3. A coconspirator known to the United States maintained a Florida registered corporation with its principal place of business in Delray Beach, Florida. The known coconspirator solicited sales representatives of medical device manufacturers and others in the medical profession,

seeking to purchase prescription medical devices for re-sale. The Delray Beach - based corporation, through its principal, would pay suppliers of stolen PMDs approximately 10% to 30% of the manufacturer's retail price.

4. Defendant **MANUEL HERNANDEZ** was employed at Huntington Memorial Hospital, in Pasadena, California. **MANUEL HERNANDEZ's** job included maintaining inventory control over prescription medical devices purchased by his employing institution for use by surgeons and medical professionals.

## COUNT 1
(Conspiracy)

1. The allegations contained in paragraphs 1 through 4 of the General Allegations section are realleged and incorporated as though fully set forth herein.

2. Beginning on or about September 20, 2001, and continuing through on or about November 2, 2005, within the Southern District of Florida and elsewhere, the defendant,

**MANUEL HERNANDEZ ,**

and other persons known and unknown to the United States Attorney's Office, did knowingly and willfully combine, conspire, confederate, and agree to violate the laws of the United States, as set forth below:

**A. Transportation of Stolen Property:** To knowingly and willfully transport, transfer, and cause to be transported and transferred in interstate commerce, various prescription medical devices, of the value of $5,000 or more, knowing said goods and merchandise to have been stolen, converted, or taken by fraud, in violation of Title 18, United States Code, Section 2314; and

B. **Shipment of Misbranded devices:** With the intent to defraud or mislead, introduced and delivered for introduction into interstate commerce medical devices that were misbranded, that is, devices with labels bearing inadequate directions for use, in violation of Title 21, United States Code, Section 352(f).

### Manner and Means

Among the manner and means used by the defendant and his co-conspirators, both known and unknown to the United States Attorney's Office, to effectuate this conspiracy and to further its objectives were the following:

3.   It was part of the conspiracy that the defendant, in the course of his employment secured control and possession of significant quantities of prescription medical devices (PMDs). The PMDs were acquired by theft from the business premises of Huntington Memorial Hospital, without the knowledge or authorization of defendant's employer.

4.   It was further part of the conspiracy that defendant periodically shipped and caused to be shipped the stolen PMDs to the corporation and its principal, in Delray Beach, Florida, in return for payment from the coconspirator.

5.   It was further part of the conspiracy that defendant willfully engaged in a pattern of conduct designed to conceal his involvement in the sale of the "misbranded" and "adulterated" PMDs by, inter alia, failing to account for the income received from the sale of the devices on his tax returns.

### Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, there was committed and

caused to be committed by at least one of the co-conspirators herein, within the Southern District of Florida and elsewhere, at least one of the following over acts, among others:

1. On or about September 20, 2001, **MANUEL HERNANDEZ** received check number 1156, in the amount of $3,055.00, drawn on an account at Sun Trust Bank, and transmitted by a known coconspirator in interstate commerce from Delray Beach, Florida to California, in payment for stolen PMDs provided by defendant to the coconspirator.

2. On or about August 23, 2002, **MANUEL HERNANDEZ** received two sequentially numbered checks, bearing identical issue dates, in a total amount of $6,000.00, drawn on an account at Sun Trust Bank, and transmitted by a known coconspirator in interstate commerce from Delray Beach, Florida to California, in payment for stolen PMDs provided by defendant to the coconspirator.

3. On or about March 24, 2003, **MANUEL HERNANDEZ** received five sequentially numbered checks, bearing identical issue dates, in a total amount of $14,000.00, drawn on an account at Sun Trust Bank, and transmitted by a known coconspirator in interstate commerce from Delray Beach, Florida to California, in payment for stolen PMDs provided by defendant to the coconspirator.

4. On or about January 12, 2004, **MANUEL HERNANDEZ** received three sequentially numbered checks, bearing identical issue dates, in a total amount of $6,300.00, drawn on an account at Sun Trust Bank, and transmitted by a known coconspirator in interstate commerce from Delray Beach, Florida to California, in payment for stolen PMDs provided by defendant to the coconspirator.

5.       On or about November 2, 2005, **MANUEL HERNANDEZ** shipped stolen PMDs with an approximate retail value of $150,000 from California to a coconspirator known to the United States, located in Delray Beach, Florida.

All in violation of Title 18, United States Code, Section 371.

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
Thomas Watts-Fitzgerald
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20381-CR-JORDAN / KLEIN

UNITED STATES OF AMERICA

vs.

MANUEL HERNANDEZ,

           Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| | |
|---|---|
| New Defendant(s) | Yes ___ No ___ |
| Number of New Defendants | ___ |
| Total number of counts | ___ |

**Court Division:** (Select One)

  X  Miami  ___  Key West  ___

___  FTL  ___  WPB  ___  FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect  _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                       (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X (plea) | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?  (Yes or No)   Yes
If yes:
Magistrate Case No.   05-4246-LSS
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes  X  No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No

   If yes, was it pending in the Central Region?   ___ Yes  X  No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes  X  No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes  No  X

_____
THOMAS WATTS-FITZGERALD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0273538

*Penalty Sheet(s) attached                                               REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __MANUEL HERNANDEZ__

Case No: __06-20381 CR-JORDAN / KLEIN__

Count #: 1

Conspiracy to transport stolen property in interstate commerce and to ship misbranded devices in interstate commerce

18 U.S.C. § 371

* Max. Penalty: 5 years' imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #: 4

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| V. | CASE NUMBER: |
| MANUEL HERNANDEZ, Defendant. | 06-20381-CR-JORDAN / KLEIN |

I, _____MANUEL HERNANDEZ_____, the above named defendant, who is accused of

conspiracy to transport stolen property in interstate commerce and to ship misbranded devices in interstate commerce,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
   Date

MANUEL HERNANDEZ
*Defendant*

WILLIAM T. GRAYSEN, ESQ.
*Counsel for Defendant*

Before _____
   UNITED STATES MAGISTRAGE JUDGE

This form was electronically produced by Elite Federal Forms, Inc